IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MELVIN CATES, | ) | CASE NO. 8:18-cv-00300 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER DISMISSING CASE |
| | ) | WITHOUT PREJUDICE |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| Defendant. | ) | |

The parties filed a Stipulation of Dismissal Without Prejudice (Filing No. 14). Accordingly,

IT IS ORDERED that this action is dismissed, without prejudice, with each party to bear their own costs.

Dated this 12th day of March, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge